UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VITALIY TSISYK,

    Plaintiff,                                                                     Case No. 07-13986

v.

                                                                            Hon. John Corbett O'Meara

DEPARTMENT OF HOMELAND
SECURITY, *et al.,*

    Defendants.
_____/

## ORDER DENYING DEFENDANTS'
## MOTION TO DISMISS

Before the court is Defendants' motion to dismiss or remand, filed December 3, 2007. The court heard oral argument on February 28, 2008. For the reasons stated on the record, Defendants' motion is DENIED.

Within thirty days of the date of this order, Defendants shall report to the Court and to the Plaintiff the status of Plaintiff's name check and progress made towards adjudication of his petition for naturalization.

SO ORDERED.

                                                                           s/John Corbett O'Meara
                                                                           United States District Judge

Date: March 6, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 6, 2008, by electronic and/or ordinary mail.

                                                                           s/William Barkholz
                                                                           Case Manager